# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Michael Joseph Ricci<br><br>*Defendant(s)* | )<br>)<br>) Case No. 16-480-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 22, 2016 to April 18, 2016  in the county of  Lehigh and Bucks  in the  Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code Sections 846, 841(a)(1),(b)(1)(B); | Between March 22, 2016 and April 18, 2016, in Allentown and Sellersville, in the Eastern District of Pennsylvania, defendant Michael Joseph Ricci conspired to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(B); |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

William M. Rodgers, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/19/2016

*Judge's signature*

City and state: Allentown, PA

The Hon. Henry S. Perkin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, William M. Rodgers, having been duly sworn, depose and state the following:

1. I am a Special Agent with the Drug Enforcement Administration where I have been employed for 18 years. I am currently assigned to the Philadelphia Division, Allentown Resident Office. Prior to being employed as a Special Agent with the Drug Enforcement Administration, beginning in 1994, I was a Lehigh County Adult Probation Officer in Lehigh County, Pennsylvania. As a result of my training and experience, I am familiar with the federal narcotics laws with respect to which I have enforcement authority.

2. The information contained in this affidavit is based on my personal participation as the lead investigator in this case, my review of court and law enforcement records and reports related to this investigation and my interviews with arrestees, informants and law enforcement officers involved in this investigation.

## *Background of Defendant*

3. Michael Joseph Ricci, a/k/a "Mickey," a/k/a "Mick," –Law enforcement records indicate that Ricci has a date of birth of October 20, 1970, an FBI number of 974240MA7, a PA State Identification number of 402-90-53-2, and a Social Security number of xx-xxx-5783 (redactions are hereinafter indicated with the letter "x"). In addition, Ricci has a PA driver's license number of 22582971, on which he listed his address as 1215 Mill Road, Sellersville, PA, 18960, that has expired.

## *Probable Cause to Arrest*

4. Affiant has confirmed through law enforcement records that on March 14, 2016, at approximately 11:59 p.m., Michael Ricci and Shannon Mendoza, a resident of California, had the following conversation via text message.

1

*Text from Mendoza: What's up bro?*

At approximately 12:21 p.m.

*Text to Mendoza: Yo bro, I'm putting that together now, should have it out by the end of today....*

At approximately 12:22 p.m.

*Text from Mendoza: Damn so it will be here on wendsday then??*

At approximately 12:26 p.m.

*Text to Mendoza: Mabye not...let me c ....*

At approximately 12:28 p.m.

*Text from Mendoza: Ok*

At approximately 4:24 p.m.

*Text to Mendoza: Care of; Mark 734 E Tioga St , Allentown, PA 18103*

    5.    On March 16, 2016, at approximately 7:28 p.m., Ricci and Mendoza had the following conversation via text message.

*Text to Mendoza:    Yo bro ....*

At approximately 7:43pm:

*Text from Mendoza: It didn't come today. They said it will be here tomorrow*

At approximately 8:17 pm:

*Text to Mendoza: Ok man, cool*

Your affiant believes that Mendoza is telling Ricci that his (Ricci's) money package has not arrived to Mendoza yet.

    6.    On March 19, 2016, at approximately 1:16 p.m., Ricci and Mendoza exchanged a picture text, which is a picture of the document that your affiant seized from a bedroom area/laundry room of 1215 Mill Rd. on April 18, 2016 (See Paragraph 13, below).

At approximately 1:19 p.m.

*Text from Mendoza: Ok bro. That's awesome. We still need to get that other. I don't want you to lose the one we are waiting for. Hopefully it comes today or Monday still. Luv you brother*

Your affiant believes that Mendoza is referring to the money that Ricci already sent that got lost, but your affiant is aware that the US Postal Service intercepted this money and seized it as part of their investigation of Mendoza.

    7.    On March 22, 2016, at approximately 3:04 p.m., Ricci and Mendoza exchange a

2

picture text of a UPS store receipt bearing tracking number 1Z59607R019397396.

On March 22, 2016, at approximately 3:08 p.m., Ricci and Mendoza have a conversation via text message.

*Text to Mendoza: Thank you*

Your affiant believes this "thank you" is in response to Mendoza's picture message, thanking Mendoza for sending the next shipment of methamphetamine.

8. On March 22, 2016, at approximately 4:19 p.m., Ricci and Mendoza have a conversation via text message.

*Text from Mendoza: Hey they found the package and it will be in Glendora in two hours*

It is your affiant's belief that the series of text messages above between Mendoza and Ricci are regarding the second shipment of money arriving from the Staples/UPS package that Ricci sent to Mendoza for the next shipment of methamphetamine. That Mendoza in turn sends the methamphetamine out via UPS and provides Ricci with the tracking information for the shipment of the methamphetamine. Mendoza is then talking about the first shipment of money when he (Mendoza) texts, *"Hey they found the package and it will be in Glendora in two hours"*.

9. Your affiant is aware that the second shipment of money was sent to an address in Glendora, California, as seen in the picture above of the Staples receipt where the address is listed as "Karen Norman, 143 N. Wildwood Ave., Glendora, CA.

10. Your affiant has learned from the United States Postal Inspection Service (USPIS) that on March 22, 2016, a UPS package addressed to "Attn: Mark, 734 Tioga St., Allentown, PA 18103" was mailed from the UPS Store located at 417 W Foothill Blvd., #B, Glendora, CA 91741, bearing UPS tracking number 1Z 596 07R 01 9349 7396. (This is the same unique UPS tracking number that was contained in the text message from Mendoza to Ricci on March 22, 2016).

11. On March 23, 2016, the UPS package described above was intercepted by Drug

3

Enforcement Administration Agents. On March 24, 2016, pursuant to a Federal search warrant, DEA agents opened the parcel and found it to contain approximately 453 grams of a substance which field tested positive for the presence of methamphetamine.

12. On March 25, 2016, a U.S. Postal Inspector reviewed surveillance video and records pertaining to that package at the UPS Store located at 417 W Foothill Blvd., #B, Glendora, CA 91741. That inspector advised your affiant that the package was mailed at approximately 11:56 a.m. by a male who was wearing a black baseball style hat on backwards, large black sunglasses, a black long sleeve t-shirt, dark pants and black shoes with a white sole.

13. Your affiant reviewed a still photograph which was captured from the surveillance video and positively identified the shipper as Shannon Frank Mendoza. Additionally, the sender on the package indicated it was from "S Norman 8634 Sunnyslope Dr SanGabriel CA 91775."

14. During the course of this investigation, your affiant has conducted surveillance on a 1215 Mill Rd. and observed Ricci travel to and from this location. As well as through Ricci's PA Driver's license which is issued to 1215 Mill Rd. and his white 2003 Mercedes Benz, registered to him at this same address determined that Ricci resides at this location. The Hilltown Township Police Department also informed your affiant that Ricci resides at this address from prior police response to the residence.

15. On April 18, 2016, at approximately 6:00 a.m., your affiant executed a Federal search warrant at 1215 Mill Road, Sellersville, PA.

16. At the time the agents and officers made entry, Michael Joseph Ricci (hereinafter "Ricci"), and four other individuals were inside of Ricci's 2nd Floor bedroom. This bedroom was fortified with bolts in the door jamb and into the floor.

17. After several minutes of attempting to have the occupants exit the room, the

4

Agents/Officers breached the bedroom door. Inside the bedroom, two of the individuals were in the room but Ricci had fled.

18. The Agents/Officers inquired where Ricci was located at and learned the occupants that Ricci and two others had entered what Agent's/Officer's believed was an the attic crawl space.

19. Agents/Officers were eventually able to access the crawl space/false room and found Ricci and two others in that space. After the three were detained, agents found a loaded Smith and Wesson Model SW40VE, bearing serial number PBJ1125 was found in the crawl space false room behind the closet wall of Ricci's bedroom.

20. Your affiant discovered a camera system throughout the house on the inside leading to Ricci's bedroom and the outside of the residence, which was monitored from a large screen TV in Ricci's bedroom. Your affiant believes that Ricci and the two others fled to the false room behind the closet area as they knew the police were coming as viewed on the internal surveillance cameras installed in and outside the residence.

21. Your affiant also seized the following documents from the residence: a Staples receipt for shipping a package UPS Next Day Air from the Staples store located in Telford, PA; bearing tracking number 1Z2AE12001317410xx, ship from: Kay Brown (believed by your affiant to be the fictitious name used by K.W.), 781 Sharon Lane, Harleysville, PA 19438, phone number 267-961-91xx; ship to: "S.N." (redacted for purposes of this affidavit), 143 N. Wildwood Ave., Glendora, CA, 91741-2466.

22. A white piece of paper bearing the handwritten name and address, "S.N. (redacted for purposes of this affidavit) 143 N. Wildwood Glendora CA 91741" was seized by your affiant from Ricci's bedroom desk. Additionally, the sender on the UPS package described above which contained the methamphetamine indicated it was from "S Norman 8634 Sunnyslope Dr

5

SanGabriel CA 91775."

23. "S.N. 143 N. Wildwood Glendora, CA" is same name and address on the receipt for the UPS Next Day Air package sent to California by a "Kate Brown," which your affiant believes is the money that was shipped for the methamphetamine package that your affiant seized on March 23, 2016, also a UPS Next Day Air package.

24. Your affiant also seized from under the desk in Ricci's bedroom, numerous ounce size plastic baggies for packaging narcotics, three small digital scales, one money counter machine, an undetermined amount of U.S. currency rubber banded in what appeared to be one thousand dollar stacks in a red pouch with a small quantity of a crystalline substance, which field tested positive for methamphetamine, and weighed approximately 1.7 gross grams.

## *Conclusion*

25. Based on the information above, I have concluded there is probable cause to believe that Michael Joseph Ricci and other individuals known and unknown conspired to distribute 50

grams or more of a mixture and substance containing a detectable amount of methamphetamine, in the Eastern District of Pennsylvania and elsewhere, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B).

_____
William M. Rodgers
Special Agent
Drug Enforcement Administration

Subscribed to and sworn before
me this __19th__ day of April, 2016

_____
HONORABLE HENRY S. PERKIN
United States Magistrate Judge